**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**DEONSEY LONTE JOHNSON,**

     *Plaintiff,*

v.                              **Case No.: 5:24cv209-MW/MJF**

**MANAGEMENT & TRAINING
CORPORATION, et al.,**

     *Defendants.*

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 51. Accordingly, upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation, ECF No. 51, is **accepted and adopted** as this Court's opinion. Plaintiff's deliberate indifference to a serious medical need claim against Defendants Owens, Thomas, and Snell for any denial or delay of medical care on February 5, 2022, is **DISMISSED**. Plaintiff's deliberate indifference to a serious medical need claim against Defendants Owens, Thomas,

---

[1] Plaintiff filed a motion for extension of time to object to the Report and Recommendation, ECF No. 53, which this Court granted, ECF No. 54. Still, no objections were filed.

and Snell for any denial or delay of medical care on February 12, 2022, is **DISMISSED**. The Clerk is directed to remand this case to the Magistrate Judge for further proceedings.

**SO ORDERED on April 8, 2026.**

**s/Mark E. Walker**
**United States District Judge**

2